Entered on Docket
March 08, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 08, 2011



_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    Case No. 10-46894 EDJ
                                         Chapter 7
ALFONSO CARPIO BARRETTO,
                      Debtor./
_____
MARTHA MARTINEZ,                         Adv. Proc. No. 10-04273 AJ

                      Plaintiff,

vs.

ALFONSO CARPIO BARRETTO,

                      Defendant./
_____

MEMORANDUM

A status conference was held February 28, 2011, in the above-captioned matter.  Martha Martinez, the above-named plaintiff ("Martinez") appeared on her own behalf.  Alfonso Carpio Barretto, the above-named defendant ("Barretto") did not appear.

By her complaint, Martinez seeks to deem nondischargeable a $733,212.60 judgment issued in her favor by the Superior Court of California, County of Santa Clara, on April 27, 2009 (the "Superior

Memorandum

Court Judgment"). However, the compliant filed by Martinez in the Superior Court action alleges many causes of action, some of which are nondischargeable under Bankruptcy Code §§ 523(a)(2)(A) and 523(a)(4), and others, such as negligence, which are not. In addition, the Superior Court Judgment does not allocate liability, and this court cannot determine which portion of the Superior Court Judgment is attributable to each cause of action stated in Martinez's Superior Court complaint. Even so, the court can ascertain that $500,000 of the Superior Court Judgment is attributable to "Punitive/special damages".

    At the February 28, 2011 status conference, the court accepted Martinez's explanation of the facts of this matter as an offer of proof, and determined that $17,000 in actual damages and $17,000 in punitive damages should be excluded from Barretto's discharge.

    Barretto has failed to file any response to the complaint or to appear at any status conference in this matter.

    For the foregoing reasons, the court will issue its judgment in favor of Martinez.

**END OF MEMORANDUM**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Martha Martinez |
| | 49191 Alta Vista Terrace |
| 4 | Fremont, CA 94539 |
| 5 | Alfonso Carpio Barretto |
| | 28545 Anchorage Lane |
| 6 | Hayward, CA 94545 |

Memorandum 3