Entered on Docket
April 05, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 05, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-46894 EDJ |
| ALFONSO CARPIO BARRETTO, | Chapter 7 |
| Debtor./ | |
| MARTHA MARTINEZ, | Adv. Proc. No. 10-04273 AJ |
| Plaintiff, | |
| vs. | |
| ALFONSO CARPIO BARRETTO, | |
| Defendant./ | |

### MEMORANDUM

Martha Martinez, the above-named plaintiff ("Martinez") sought a determination by this court that a $733,212.60 judgment issued in her favor by the Superior Court of California, County of Santa Clara, on April 27, 2009 (the "Superior Court Judgment") is nondischargeable in the bankruptcy case of Alfonso Barretto, the above-named debtor (the "Debtor"). In response to her complaint, and following the Debtor's default herein, the court issued its non-

Memorandum

dischargeable $34,000 judgment (the "Bankruptcy Judgment") in favor of Martinez. The Bankruptcy Judgment is supported by a Memorandum, dated March 8, 2011, (the "Memorandum") wherein the court notes that it is not able to ascertain from the face of the Superior Court Judgment what portion is attributable to nondischargable causes of action against the Debtor. The court based the Bankruptcy Judgment on the offer of proof made by Martinez at a February 28, 2011 hearing.

On March 30, 2011, Martinez submitted a request by which she seeks to amend the court's Memorandum in order to support amendment of the Bankruptcy Judgment in an increased amount. Her request is accompanied by a declaration that appears to have been made by Martinez and filed in support of the Superior Court Judgment, a copy of the final page of the Superior Court Judgment, and what appears to be a portion of Martinez's state court counsel's fee statement. The court has reviewed Martinez's request and supporting documents and will characterize them as a motion to amend the findings of fact and conclusions of law contained in the Memorandum. Unfortunately for Martinez, neither the request nor the supporting documents are responsive to the concerns raised by the court in the Memorandum.

For the foregoing reasons, the court will issue its order denying Martinez's motion to amend the Memorandum and Judgment.

**END OF MEMORANDUM**

Memorandum 2

COURT SERVICE LIST

Martha Martinez
49191 Alta Vista Terrace
Fremont, CA 94539

Alfonso Carpio Barretto
28545 Anchorage Lane
Hayward, CA 94545

Memorandum 3